# CIVIL CAUSE FOR STATUS/SETTLEMENT CONFERENCE (Tel)

**FILED
CLERK**

5/22/2025 2:01 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/22/2025    TIME: 10:00 AM    TIME IN COURT:  15 min.
                   TIME: 1:15 PM                    2nd call:   30 min.

CASE:    **Yu et al v. Kotobuki Restaurant, Inc. et al
         2:17-cv-04202-JMA-JMW**

APPEARANCES:    Plaintiff:    Aaron Schweitzer

                Defendant:    Salvatore Puccio, Josh Zarcone

FTR: CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial for the
- ☒ A further telephone status conference is scheduled for 5/23/2025 at 11:00 AM with Judge Azrack. Counsel shall dial 571-353-2301 and enter access code 279933568. **Parties are directed to meet and confer re settlement discussions prior to the scheduled conference.**
- ☒ Other: Plaintiff Yi Wei Sun is dismissed from the case.   Settlement negotiations held.