# CIVIL CAUSE FOR STATUS/SETTLEMENT CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/23/2025    TIME: 11:00 AM        TIME IN COURT:  15 min.

CASE:   **Yu et al v. Kotobuki Restaurant, Inc. et al**
        **2:17-cv-04202-JMA-JMW**

APPEARANCES:    Plaintiff:    Aaron Schweitzer

                Defendant:    Salvatore Puccio, Josh Zarcone

FTR: CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial for the
- ☐ A further telephone status conference is scheduled for   with Judge Azrack. Counsel shall dial 571-353-2301 and enter access code 279933568.
- ☒ Other:   Case settled for Roslyn Restaurant location.  Parties to file consent motion for Cheeks Settlement approval for Roslyn Location by 6/20/2025. Further conferences to be scheduled by the Court with regards to other restaurant locations, but the parties should continue to engage in settlement negotiations.